David J. Kaminski, Esq. (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins, Esq. (SBN 205175)
watkinss@cmtlaw.com
**CARLSON & MESSER, LLP**
5901 West Century Boulevard, Suite #1200
Los Angeles, CA 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

Attorneys for Defendant,
WAVVE MARKETING CORP.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVVE MARKETING CORP.<br><br>Defendant. | Case No.: 2:20-cv-01619-PSG-SK<br><br>**DECLARATION OF JOSH WINGO IN OPPOSITION TO MOTION TO COMPEL** |

1. I am over the age of eighteen years and am competent to make this declaration.

2. I have personal knowledge of the matters set forth in this declaration, except as to those matters stated upon information and belief, and I believe those matters to be true.

3. I am owner of Defendant Wavve Marketing, Corp ("Wavve").

{00132967:1}

1

4. I am familiar with the recordkeeping practices and policies of Wavve and make this Declaration on my own personal knowledge, or upon my review of the records of Wavve, which are maintained in the ordinary course of business.

5. Wavve brokered the sale of live transfers of phone calls to Federal Savings Bank's ("FSB") branch in Arizona.

6. FSB Arizona is Wavve's only client.

7. Wavve retained vendor Call For All to make these calls.

8. Depending on the interaction with consumer, Call For All then facilitates transfer of the call to a representative of Wavve's client (in this case, FSB Arizona).

9. Call For All made calls via a ChaseData dialing platform.

10. I am informed that Plaintiff's REQUEST FOR PRODUCTION NO. 7 seeks: "All documents relating to complaints or do-not-call requests concerning telemarketing, including, but not limited to, lists or databases containing complaints and metadata about them, and information identifying the complainants. This request includes any complaints to you by mail, email, live call, IVR, SMS, web form, social media, FCC, FTC, CFPB, state attorney general, BBB or any other source."

11. Wavve does not possess any type of these complaints relating to Wavve.

12. Wavve has not been sued in Court for violations of the Telephone Consumer Protection Act ("TCPA"), other than in this case.

13. I am informed that Plaintiff's RFP No. 19 seeks the following documents relating to calls made on behalf of Wavve: "Please produce all documents containing any of the following information for each telemarketing call sent by your vendors:

(a) the date and time; (b) the caller ID; (c) the result; (d) identifying information for the intended recipient; (e) identifying information for the actual recipient; (f) the script or content of the text message; (g) any information showing the called party's consent to be called to preexisting business relationship with you; (h) the response(s) of the called party, whether then or later, and whether by SMS, IVR, voicemail, email live oral response recorded mechanically by you live oral response summarized in written notes by you or otherwise; any other information stored by the call detail records."

14. Any call information in Wavve's possession would have been provided by Call For All, and Call For All is the best resource for those records.

15. Wavve would not have information relating to calls made by Call for All that were not transferred to FSB Arizona.

16. Wavve does not possess any information regarding (b), "the Caller ID" or "c" the result.

17. Call For All does not provide Wavve any information regarding (d) "identifying information for the intended recipient".

18. With respect to (f), "the script or content of the text message" there were no text messages, only calls. Moreover, Wavve does not provide Call for All with scripts.

19. With respect to (g), "called party's consent to be called to preexisting business relationship with you", that is not information provided to Wavve as part of Call For All's call records.

20. The information set forth in WAV0001 for Plaintiff, which contains Phone, Disposition, Call Date, Duration, Call Details for Plaintiff was prepared via information provided after multiple requests to Call For All. Wavve does not have the resources to do this on an aggregate basis for all of the calls transferred to FSB Arizona.

21. With respect to (h) "the response(s) of the called party, whether then or later, and whether by SMS, IVR, voicemail, email live oral response recorded mechanically by you live oral response summarized in written notes by you or otherwise", Wavve does not possess this information, but Call For All may.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of August 2020, at Baltimore, MD.

Josh Wingo

*/s/ Josh Wingo*

# CERTIFICATE OF SERVICE

I, Stephen A. Watkins, hereby certify that on this 26th day of August, 2020, a true and accurate copy of the foregoing DECLARATION OF JOSH WINGO IN OPPOSITION TO MOTION TO COMPEL was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

/s/Stephen A. Watkins
Stephen A. Watkins
CARLSON & MESSER LLP