Anthony I. Paronich
Email: anthony@broderick-law.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVVE MARKETING CORP and THE FEDERAL SAVINGS BANK<br><br>Defendants. | Case No. 2:20-cv-01619-PSG-SK<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Judge:    Hon. Philip S. Gutierrez<br>Magistrate Judge:  Hon. Steve Kim |

The plaintiff files this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs. The putative class claims are dismissed without prejudice.

| | | |
|---|---|---|
| 1 | | |
| 2 | | Plaintiff, |
| 3 | | |
| 4 | | */s/ Anthony I. Paronich* |
| 5 | | Anthony I. Paronich |
| 6 | | |
| 7 | Dated: October 12, 2021 | **CARLSON & MESSER LLP** |
| 8 | | By: /s/ David J. Kaminski |
| 9 | | David J. Kaminski |
| 10 | | Stephen A. Watkins |
| 11 | | Attorneys for Defendant WAVVE MARKETING CORP. |
| 12 | Dated: November 1, 2021 | **OFFIT KURMAN** |
| 13 | | By: /s/ Ari Karen |
| 14 | | Ari Karen |
| 15 | | Attorneys for Defendant THE FEDERAL SAVINGS BANK |

- 1 -