

LINK 57

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVVE MARKETING CORP and THE FEDERAL SAVINGS BANK.<br><br>Defendants. | Case No.: 2:20-cv-01619-PSG-SK<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS |

The Court has reviewed the Stipulation to Dismiss of Plaintiff TERRY FABRICANT and Defendants WAVVE MARKETING CORP and THE FEDERAL SAVINGS BANK. Good cause appearing, the Court grants the

1 | parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to
2 | dismiss without prejudice the putative class action claims asserted by Plaintiff
3 | pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective
4 | attorneys' fees and costs.
5 |     IT IS SO ORDERED.

7 | DATED: 11/03/21

        Hon. Philip S. Gutierrez
        UNITED STATES DISTRICT JUDGE